658 A.2d 787

COMMONWEALTH of Pennsylvania

v.

David William BAIRD, Appellant.

Supreme Court of Pennsylvania.

Argued April 25, 1995.

Decided May 19, 1995.

John R. Merrick, Kennett Square, for D.W. Baird.

Stuart Suss, Anthony A. Sarcione, West Chester, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.